1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs,
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10              UNITED STATES DISTRICT COURT

11        FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
   BAY AREA PAINTERS AND TAPERS          Case No.: C09-0026 MHP
13 PENSION FUND, et al.,
                                         **[PROPOSED] JUDGMENT**
14         Plaintiffs,

15 v.

16 RODEO DRYWALL, INC., and TONY
   RODRIGUEZ,
17
18         Defendants.

19

20

21

22         The Defendants RODEO DRYWALL, INC. and TONY RODRIGUEZ, individually,

23 having failed to plead or otherwise defend in this action and its default having been entered:

24         Now, upon application of the Plaintiffs and upon declaration that Defendants have failed

25 and refused to submit contribution reports and pay outstanding contributions; that Defendants

26 have been defaulted for failure to appear; and that Defendants are neither infants nor incompetent

27 person, nor in the military service of the United States, it is hereby:

28
                                                                    -1-
                                                          **[PROPOSED] JUDGMENT**
**Case No.: C09-0026 MHP**

ORDERED, ADJUDGED AND DECREED that Defendants RODEO DRYWALL, INC. and all other related entities, and TONY RODRIGUEZ, individually, shall promptly pay to plaintiffs all sums due and owing under the terms of the Collective Bargaining Agreement and Trust Agreements as amended and incorporated therein, according to proof.

It is further Ordered, that Plaintiffs recover from Defendants their attorneys' fees, together with costs, and all outstanding contribution amounts due and owing under the terms of the Collective Bargaining Agreement and Trust Agreements as amended and incorporated therein, according to proof:

| August 2008 | Contributions | $906.00 | |
|---|---|---|---|
| | 10% LDs | $ 90.60 | |
| | Interest (7%) to 06/08/09 | $ 45.22 | |
| | | **SUBTOTAL** | $  1,041.82 |
| February 2009 (Unreported) | Contributions (Estimated) | $906.00 | |
| | 10% LDs | $ 90.60 | |
| | Interest (7%) to 06/08/09 | $ 14.45 | |
| | | **SUBTOTAL** | $  1,011.05 |
| March 2009 (Unreported) | Contributions (Estimated) | $906.00 | |
| | 10% LDs | $ 90.60 | |
| | Interest (7%) to 06/08/09 | $  9.18 | |
| | | **SUBTOTAL** | $  1,005.78 |
| April 2009 Unreported | Contributions (Estimated) | $906.00 | |
| | 10%                    LDs | $ 90.60 | |
| | Interest (7%) to 06/08/09 | $   4.08 | |
| | | **SUBTOTAL** | $  1,000.68 |
| May 2009 Unreported | Contributions (Estimated) | $906.00 | |
| | 10%                    LDs | $ 90.60 | |
| | Interest (7%) to 06/08/09 | $   0.00 | |
| | | **SUBTOTAL** | $   996.60 |
| | | **TOTAL** | **$ 5,055.93** |
| Attorneys' Fees | (12/01/2008 – 05/26/2009) | | $ 5,840.00 |
| Costs | (12/1/2008 – 03/11/2009) | | $  558.00 |
| | **GRAND TOTAL** | | **$11,453.93** |

-2-
**[PROPOSED] JUDGMENT**
**Case No.: C09-0026 MHP**

1    IT IS SO ORDERED, that judgment be entered totaling **$11,453.93**, plus interest at the

2   legal rate on the balance, from date of Judgment to date of satisfaction of Judgment.  The Court

3   shall retain jurisdiction over this matter to enforce the terms of this Judgment.

4

5

Dated: _ July 8, 2009 _____    _____

6                                        MARILYN H. PATEL

7                                        UNITED STATES DISTRICT COURT JUDGE



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

P:\CLIENTS\PATCL\Rodeo Drywall\Pleadings\060809 Motion for Default Judgment\C09-0026 MHP Proposed Judgment 060909.DOC